## ANDERSON *v*. THE STATE.

In view of the evidence introduced in this case and the statement made by the prisoner, it was error on the part of the presiding judge to refuse a written request of counsel for the accused to give in charge to the jury the law of involuntary manslaughter.

Argued March 16,—Decided March 25, 1908.

Indictment for murder. Before Judge Seabrook. McIntosh superior court. January 25, 1908.

*Charles M. Tyson,* for plaintiff in error. *John C. Hart, attorney-general,* and *N. J. Norman, solicitor-general,* contra.

ATKINSON, J. The evidence introduced by the State indicated that the accused, who was a strong, vigorous man, killed the deceased, who was an old man, some 80 years of age, by striking him from behind with a stick. The exact size and weight of the stick are not definitely set forth in the evidence as it appears in the record. The accused in his statement claimed that the deceased poked him in the back with a stick with which the deceased was walking, and that he hastily caught up the root of a tree which was lying near by, and struck the deceased, without any intention to kill; and also that he had recently been wounded in the hand, which was swollen. The presiding judge was requested in writing to charge upon the subject of involuntary manslaughter, but refused to charge as requested, and in his general charge limited the jury to the consideration of whether the accused was guilty of murder or of voluntary manslaughter, or was not guilty of any offense. The foregoing statement is sufficient to show that this ruling was erroneous. See *Dorsey* v. *State,* 126 *Ga.* 633 (55 S. E. 479), and cases cited; *Joiner* v. *State,* 129 *Ga.* 295 (58 S. E. 859).

*Judgment reversed. All the Justices concur.*